# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TROVER, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:06-CV-532 (TJW) |
| | § | |
| VERINT SYSTEMS INC., | § | **Jury Trial Demanded** |
| THE HOME DEPOT, INC., | § | |
| HOME DEPOT, U.S.A., INC., and | § | |
| TARGET CORPORATION | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANT VERINT SYSTEMS INC.'S UNOPPOSED MOTION FOR LEAVE TO AMEND ITS P.R. 3-3 INVALIDITY CONTENTIONS

The Court, having considered Verint Systems Inc.'s Unopposed Motion to Amend its P.R. 3-3 Invalidity Contentions and finding it unopposed and showing good cause and diligence, holds that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Verint Systems Inc.'s Unopposed Motion to Amend its P.R. 3-3 Invalidity Contentions is hereby GRANTED in its entirety.

SIGNED this 18th day of April, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE