# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| TROVER GROUP, INC., | § | |
|---|---|---|
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 2:06-CV-532 (TJW) |
| VERINT SYSTEMS INC., THE HOME DEPOT, INC., HOME DEPOT, U.S.A., INC., and TARGET CORPORATION | § § § § § | **Jury Trial Demanded** |
| Defendants. | § § | |

## ORDER

Defendant Verint Systems Inc. and Plaintiff Trover Group, Inc. have reached settlement in the above-captioned case, and this case is hereby **DISMISSED WITH PREJUDICE** subject to the terms and conditions of the Settlement and License Agreement between the Settling Parties dated as of July 21, 2008.  Each side shall bear its own costs.

**IT IS SO ORDERED.**

SIGNED this 22nd day of July, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE